AO91 (Rev. 12/03) Criminal Complaint                                          AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**  
vs.

Fazhen WU  
A241 190 717  China, Peoples Republic Of

**CRIMINAL COMPLAINT**

Case Number: 1:26-po-404

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about  December 27, 2025  in  _____ County, in the  Southern District Of Texas  defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title  8  United States Code, Section(s)  1325(a)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on December 31, 2025. The defendant is a citizen of China and Peoples Republic Of who entered the United States illegally by rafting across the Rio Grande River near Brownsville, Texas on December 27, 2025 thus avoiding immigration inspection.

Defendant had $340 US dollars, $4 Malaysian Ringgit and $10 Singapore dollars in her possession at time of arrest.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/S/  Rios-Iii, Ernesto  Border Patrol Agent  
Signature of Complainant

Rios-Iii, Ernesto    Border Patrol Agent  
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 02, 2026                                                                at        Brownsville, Texas  
Date                                                                                              City/State

Karen Betancourt            U.S. Magistrate Judge                       _____  
Name of Judge                Title of Judge                                       Signature of Judge